In the Matter of FREDERICK E. BANNER, an attorney and counsellor at law.

For the order:  *Mr. William D. Danberry.*

For the respondent:  *Mr. Morris Spritzer.*

October 26, 1959.  Respondent suspended from practice for one year and until the further order of court.  Opinion reported at 31 *N. J.* 24.